

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL**

Mr. Tom L. Beauchamp, Jr.
Secretary to the Governor
Austin, Texas

Dear Sir:

Opinion No. O-3087
Re: Disposing of
claims for reward
offered by the
Governor.

We are returning to you herewith your file in
connection with the reward offered by the Governor for
the apprehension of the unknown person or persons guilty
of the murder of George R. Roberts.

The proclamation offering the reward in this
instance states that the Governor does "hereby offer a
reward of $250.00 for the arrest and delivery of the said
unknown person or persons to the sheriff of Lamar County,
inside the jail door of said county. This reward is pay-
able on condition of the arrest, return and conviction of
said fugitive within one year from this day."

In this situation, it is necessary that a con-
viction of the person or persons be had, before the re-
ward will be due and payable. In such situation, the
conviction is essential to identify the person apprehended
as being the "unknown" person referred to as allegedly
murdering the said George R. Roberts.

Since the file does not reflect that any con-
viction of the apprehended fugitive has been had, the

condition upon which the reward is payable has not been met, and it becomes unnecessary to determine, at this time, the question of apportionment between claimants.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed) R. W. Fairchild
Assistant

RWF:fs

APPROVED AUG 4, 1941

(signed) Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
By   BWB   Chairman